IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR9 |
| v. | ) | |
| AARON CASSELL, | ) | ORDER |
| Defendant. | ) | |

Before the court is the Request for Transcript by a Non Party, Filing No. 32. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 32) is granted, as outlined below.

2. The nonparty petitioner, Lynne Cassell, must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to Lynne Cassell at petitioner's address pursuant to Filing No. 32.

DATED this 13th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge